**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 453**

| In the Matter of | Case Number: |
|---|---|

Mark Thomas, individually
and on behalf of all others similarly situated
                    v.
Ritz Camera Centers, Inc.

**JUDGE GUZMAN**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mark Thomas

| |
|---|
| NAME (Type or print)<br> Alexander H. Burke |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>      s/ Alexander H. Burke |
| FIRM<br> Law Offices of Keith J. Keogh, Ltd. |
| STREET ADDRESS<br> 227 W. Monroe Street, Suite 2000 |
| CITY/STATE/ZIP<br> Chicago, Illinois   60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6281095 | 312.726.1092 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐