**CEM**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 453**

In the Matter of　　　　　　　　　　　　　　　Case Number:

Mark Thomas, individually
and on behalf of all others similarly situated
　　　　　v.
Ritz Camera Centers, Inc.

**JUDGE GUZMAN**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mark Thomas

| |
|---|
| NAME (Type or print) <br> Keith J. Keogh |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Keith J. Keogh |
| FIRM <br> Law Offices of Keith J. Keogh, Ltd. |
| STREET ADDRESS <br> 227 W. Monroe Street, Suite 2000 |
| CITY/STATE/ZIP <br> Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6257811 | 312.726.1092 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ |