**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARK THOMAS, individually　)<br>and on behalf of all others similarly situated  )<br>　　　　　)<br>　　Plaintiff,　　　)<br>　　　　　)<br>　v.　　　　)<br>　　　　　)<br>　　　　　)<br>RITZ CAMERA CENTERS, INC.,　　)<br>　　　　　)<br>　　Defendant.　　)  | No.  08 CV 453<br><br>Judge Guzman<br><br>Magistrate Judge Cole<br><br><br>JURY DEMANDED |

**NOTICE OF MOTION**

TO:

Ritz Camera Centers, Inc.
c/o CT Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, Illinois   60604

　　　　**PLEASE TAKE NOTICE** that on **March 4, 2008 at 9:30 a.m.**, I shall appear before the Honorable Ronald A. Guzman in Room 1219 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with the Local Rule 5.2.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　/s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on February 15, 2008, I caused a true and correct copy of the foregoing to be served upon the individual listed above via United States Mail.

　　　　　　　　　　/s/Alexander H. Burke