# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08 C 453

Mark Thomas, individually and all others similarly situated,
Plaintiff,
v.
Ritz Camera Centers, Inc., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ritz Camera Centers, Inc., Defendant

| | |
|---|---|
| NAME (Type or print) <br> Charles E. Joern, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Charles E. Joern, Jr. | |
| FIRM <br> Holland & Knight LLP | |
| STREET ADDRESS <br> 131 S. Dearborn, 30th Floor | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03127222 | TELEPHONE NUMBER <br> 312-578-6629 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?       YES ✓   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐   NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ✓   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |