IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK THOMAS, individually and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) NO. 08 C 453<br>)<br>)<br>) Judge Guzman<br>) Magistrate Judge Cole<br>) |

### DEFENDANT'S MOTION TO TRANSFER

Defendant Ritz Camera Centers, Inc. ("Ritz Camera"), pursuant to 28 U.S.C. §1404(a), moves the Court to transfer Plaintiff's action from the United States District Court for the Northern District of Illinois to the United States District Court for the Northern District of California.

Defendant has filed a Memorandum of Law in support of its motion, and incorporates herein the arguments and authorities contained in that Memorandum.

DEFENDANT RITZ CAMERA CENTERS, INC.

By:     /s/ Suzanne E. Rollier
         One of Its Attorneys

Richard T. Williams
Charles E. Joern
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

## CERTIFICATE OF SERVICE

The undersigned certifies that on **February 27, 2008**, she caused the foregoing **Motion to Transfer** to be filed electronically and that service was accomplished pursuant to the CM/ECF for filing users and that non-participants were served as required by L.R. 5.5.

/s/ Suzanne E. Rollier

Richard T. Williams
Charles E. Joern
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

# 5130394_v1