IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK THOMAS, individually and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) NO. 08 C 453<br>)<br>)<br>) Judge Guzman<br>) Magistrate Judge Cole<br>) |

**NOTICE OF MOTION**

TO:　Keith J. Keogh
　　　Alexander H. Burke
　　　Law Offices of Keith J. Keogh, Ltd.
　　　227 W. Monroe Street, Suite 2000
　　　Chicago, IL 60606

**PLEASE TAKE NOTICE** that on **March 6, 2008, 9:30 a.m.**, counsel for Defendant Ritz Camera Centers, Inc., shall appear before the Honorable Ronald A. Guzman, in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60603, courtroom 1219, and then and there present Defendant's **Motion to Transfer.**

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　RITZ CAMERA CENTERS, INC.

　　　　　　　　　　By:　/s/ Suzanne E. Rollier
　　　　　　　　　　　　　Richard T. Williams
　　　　　　　　　　　　　Charles E. Joern
　　　　　　　　　　　　　Suzanne E. Rollier
　　　　　　　　　　　　　HOLLAND & KNIGHT LLP
　　　　　　　　　　　　　131 S. Dearborn St., 30th Flr.
　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　(312) 263-3600

## CERTIFICATE OF SERVICE

The undersigned certifies that on **February 27, 2008**, she caused the foregoing **Notice of Motion to Transfer** to be filed electronically and that service was accomplished pursuant to the CM/ECF for filing users and that non-participants were served as required by L.R. 5.5.

  /s/ Suzanne E. Rollier

Richard T. Williams
Charles E. Joern
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

# 5136917_v1