IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK THOMAS, individually and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>  Defendant. | No. 08 C 453<br><br>Judge Guzman<br>Magistrate Judge Cole |

**DISCLOSURE STATEMENT: NOTIFICATION OF AFFILIATES OF DEFENDANT RITZ CAMERA CENTERS, INC.**

Pursuant to Local Rule. 3.2, the undersigned certifies that as of this date, other than the named defendant Ritz Camera Centers, Inc., there are no interested persons or entities to disclose.

Date:  February 27, 2008

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:  /s/ Suzanne E. Rollier
     Suzanne E. Rollier
Attorneys for Defendant
RITZ CAMERA CENTERS, INC.

Richard T. Williams
Charles E. Joern
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

## CERTIFICATE OF SERVICE

The undersigned certifies that on **February 27, 2008**, she caused the foregoing **Disclosure Statement: Notification of Affiliates of Defendant Ritz Camera Centers, Inc.** to be filed electronically and that service was accomplished pursuant to the CM/ECF for filing users and that non-participants were served as required by L.R. 5.5.

/s/ Suzanne E. Rollier

Richard T. Williams
Charles E. Joern
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

# 5148423_v1