**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Mark Thomas
                               Plaintiff,

v.                                        Case No.: 1:08−cv−00453
                                             Honorable Ronald A. Guzman

Ritz Camera Centers, Inc.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Motion hearing held on 3/6/2008 regarding motion by Defendant Ritz Camera Centers, Inc. to transfer case[16]. Set deadlines as to motion to transfer case[16] : Response due 4/3/08. Reply due 4/17/08. Ruling to be by mail. Status hearing set for 3/14/08 is reset to 3/21/2008 at 09:00 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.