IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK THOMAS, individually and on behalf of all others similarly situated ) ) | |
| ) | No.  08 CV 453 |
| Plaintiff, ) | |
| ) | Judge Guzman |
| v. ) | |
| ) | Magistrate Judge Cole |
| ) | |
| RITZ CAMERA CENTERS, INC., ) | |
| ) | JURY DEMANDED |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:
Richard T. Williams                         Charles E. Joern
Holland & Knight LLP                   Suzanne E. Rollier
633 W. Fifth Street, 21st. Floor       Holland & Knight LLP
Los Angeles, California  90071       131 S. Dearborn Street, 30th Floor
                                                      Chicago, Illinois  60603


**PLEASE TAKE NOTICE** that on **March 26, 2008 at 8:30 a.m.**, I shall appear before the Honorable Jeffery Cole in Room 1838 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which was previously filed with the Court's ECF System, and will be delivered to chambers in accordance with the Local Rule 5.2.

Respectfully submitted,

/s/ Keith J. Keogh


Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

**CERTIFICATE OF SERVICE**
I hereby certify that on March 21, 2008, I caused a true and correct copy of the foregoing to be served upon the individual listed above via the Court's ECF System.

/s/ Keith J. Keogh