UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Mark Thomas
                    Plaintiff,

v.                                   Case No.: 1:08–cv–00453
                                           Honorable Ronald A. Guzman

Ritz Camera Centers, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Jeffrey Cole:The court adopts the following agreed upon scheduling order: response to plaintiff's motion to certify class [7] is due by 4/28/08; reply is due by 5/5/08. Court will rule by mail. Motion hearing set for 3/27/08 is stricken no appearance is necessary. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.