IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK THOMAS, individually and all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) RITZ CAMERA CENTERS, INC., ) ) Defendant. ) ) | No. 08 C 453<br><br>Judge Guzman<br>Magistrate Judge Cole |

## NOTICE OF FILING

In accordance with Footnote 1 of Ritz Camera's Reply Brief in Support of Its Motion to Transfer, Ritz Camera Centers, Inc. hereby files the attached copies of settlement documents relating to *Hile v. Ritz Camera Centers, Inc.*, C 07-00716 SBA, and *Andonian v. Ritz Camera Centers, Inc.*, C 07-06342 SBA, filed in the Northern District of California on April 21, 2008.

DEFENDANT RITZ CAMERA CENTERS, INC.

By: /s/ Suzanne E. Rollier
One of Its Attorneys

Richard T. Williams
Charles E. Joern
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

## CERTIFICATE OF SERVICE

The undersigned certifies that on **April 22, 2008**, she caused the foregoing **Notice of Filing** to be filed electronically and that service was accomplished pursuant to the CM/ECF for filing users and that non-participants were served as required by L.R. 5.5.

/s/ Suzanne E. Rollier

Richard T. Williams
Charles E. Joern
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600