Richard T. Williams (State Bar No. 52896)
Tara L. Cooper (State Bar No. 239018)
HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
richard.williams@hklaw.com
Attorneys for Defendant
Ritz Camera Centers, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY HILE, on behalf of him/herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>Defendant.<br>------------------------------------------<br>SHOGHER ANDONIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITZ CAMERA CENTERS, INC., a Delaware corporation; and DOES 1 though 10, inclusive,<br><br>Defendants. | Case No.: CV-07-00716 SBA and CV 07-2349 GAF<br><br>Hon. Saundra B. Armstrong<br><br>DECLARATION OF CURTIS SCHEEL IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: June 3, 2008<br>Time: 1:00 PM<br>Ctrm: 3, 3rd Floor<br>Hon. Saundra B. Armstrong |

I, Curtis J. Scheel, declare and say as follows:

1. I am the President and Chief Operating Officer of Defendant Ritz Camera Centers, Inc. ("RCCI"), a position I have held since December 27, 2007. Since joining RCCI in January 2003, I have held various executive positions,

1

including Chief Operating Officer and Chief Financial Officer. The statements contained in this Declaration are made from my personal knowledge and from my review of documents prepared in the ordinary course of business by RCCI employees under my general supervision and direction; if called as a witness in these proceedings, I could and would testify competently to each of the matters set forth herein.

2. Based upon information I have reviewed from records of RCCI prepared and maintained in the ordinary course of business, I confirm the representation made in the Stipulation of Settlement herein that between December 4, 2006 and April 9, 2007, at its U.S. retail outlets selling cameras, lenses, digital memory products, imaging products and services, RCCI printed approximately 2.55 million credit card and debit card receipts displaying a card expiration date. These receipts were issued to approximately 1.7 million different consumers, some of whom received more than one receipt. By April 9, 2007, all RCCI locations were fully FACTA-compliant.

3. Based upon information I have reviewed from records of RCCI prepared and maintained in the ordinary course of business, I confirm the representation made in the Stipulation of Settlement herein that more than 80% of the total sales in 2006 at U.S. retail outlets of RCCI selling cameras, lenses, digital memory products, imaging products and services encompass and are of the sale of those products. Further, and also based on RCCI's 2006 sales at these outlets, I confirm that more than 80% of all camera, lens and digital memory sales fall within parameters in the Stipulation of Settlement that would allow the proposed

Settlement Package Award Certificate and Supplemental Award Certificate to be used in such sales transactions.

4. With respect to notice to members of the proposed Settlement Class, since November 2006, prior to the time period relevant to this litigation, RCCI has not collected street addresses or postal mailing addresses from its customers. RCCI has no means to gather names and street addresses or postal mailing addresses of individual members of the proposed Settlement Class. Whether financial institutions who issued credit cards or debit cards used by customers in transactions at RCCI outlets between December 4, 2006 and April 9, 2007, could or would provide names and addresses for those customers is unknown to RCCI; attempting to assemble the individual names and addresses for 1.7 million customers would undoubtedly involve huge amounts of time and significant expenditure by such financial institutions and the parties, far more than reasonable effort, without assurance the process can be accomplished in a reasonable time.

5. RCCI has, for many years, advertised frequently and regularly with printed inserts in the Sunday editions of newspapers and customary weekly advertising publications of such newspapers (collectively, "Insert Publications") in the major metropolitan areas of the United States. In my observation and experience, these printed insert advertisements have been the principal means for communication between RCCI and its customers. The newspapers in which RCCI regularly advertises with inserts in Insert Publications, along with their reported circulation and headquarters cities, are as follows:

| Paper Name | Headquarters | Circulation of RCCI Inserts |
|---|---|---|
| Atlanta Journal | Atlanta, GA | 866,000 |

3

| # | Newspaper | Location | Circulation |
|---|---|---|---|
| 1 | Austin American Statesman | Austin, TX | 87,830 |
| 2 | Baltimore Examiner | Baltimore, MD | 178,837 |
| 3 | Baltimore Sun | Baltimore, MD | 208,610 |
| 4 | Birmingham News | Birmingham, AL | 85,291 |
| 5 | Boston Globe | Boston, MA | 546,575 |
| 6 | Charleston Post & Courier | Charleston, SC | 112,295 |
| 7 | Charlotte Observer | Charlotte, NC | 141,300 |
| 8 | Chattanooga Times Free Press | Chattanooga, TN | 90,373 |
| 9 | Chicago Tribune | Chicago, IL | 958,500 |
| 10 | Cincinnati Enquirer | Cincinnati, OH | 307,259 |
| 11 | Cleveland Plain Dealer | Cleveland, OH | 319,977 |
| 12 | Columbia State | 131,416 | 145,000 |
| 13 | Dallas Morning News | Dallas, TX | 570,000 |
| 14 | Denver Post | Denver, CO | 508,730 |
| 15 | Detroit News and Free Press | Detroit, MI | 160,253 |
| 16 | Ft. Lauderdale Sun Sentinel | Ft. Lauderdale, FL | 550,000 |

4

Case No. CV-07-00716 SBA

| | | |
|---|---|---|
| Ft. Worth Star Telegram | Ft. Worth, TX | 175,630 |
| Greenville News-Piedmont | Greenville, NC | 119,000 |
| Hartford Courant | Hartford, CT | 240,559 |
| Houston Chronicle | Houston, TX | 359,746 |
| Kansas City Star | Kansas City, MO | 254,730 |
| Kingsport Times-News | Kingsport, TN | 48,000 |
| Los Angeles Times | Los Angeles, CA | 844,093 |
| Manchester Union Leader | Manchester, NH | 54,108 |
| Memphis Commercial Appeal | Memphis, TN | 165,716 |
| Miami Herald | Miami, FL | 189,000 |
| Milwaukee Journal | Milwaukee, WI | 218,876 |

5

Case No. CV-07-00716 SBA

| | | |
|---|---|---|
| Minneapolis Star Tribune | Minneapolis, MN | 507,160 |
| Nashville Tennessean | Nashville, TN | 200,000 |
| Norfolk Virginian Pilot | Norfolk, VA | 144,675 |
| Orlando Sentinel | Orlando, FL | 208,400 |
| Philadelphia Inquirer | Philadelphia, PA | 651,000 |
| Phoenix Arizona Republic | Phoenix, AZ | 369,917 |
| Pittsburgh Post Gazette | Pittsburgh, PA | 294,960 |
| Portland Oregonian | Portland, OR | 300,000 |

6

| Newspaper | City | Circulation |
|---|---|---|
| Providence Journal | Providence, RI | 219,769 |
| Raleigh News & Observer | Raleigh, NC | 186,590 |
| Richmond Times Dispatch | Richmond, VA | 142,888 |
| Sacramento Bee | Sacramento, CA | 225,418 |
| Salt Lake City Tribune | Salt Lake City, UT | 127,395 |
| San Antonio Express News | San Antonio, TX | 125,386 |
| San Diego Union Tribune | San Diego, CA | 318,848 |
| San Francisco Chronicle | San Francisco, CA | 364,900 |
| San Francisco Examiner | San Francisco, CA | 244,034 |

| | | |
|---|---|---|
| San Jose Mercury News | San Jose, CA | 264,486 |
| Sarasota Herald-Tribune | Sarasota, FL | 105,990 |
| Seattle Times | Seattle, WA | 385,000 |
| St Louis Post Dispatch | St. Louis, MO | 85,266 |
| St Paul Pioneer Press | St. Paul, MN | 85,266 |
| St. Petersburg Times | St. Petersburg, FL | 285,000 |
| Tampa Tribune | Tampa, FL | 126,469 |
| Washington Examiner | Washington, DC | 158,445 |
| Washington Post | Washington, DC | 1,002,300 |

6. The publication of an insert in the Insert Publications of each of the above-listed newspapers will reach, according to the most recent information reported to RCCI, approximately 11.4 million newspaper subscribers and customers. RCCI will publish notice, as approved by this Court pursuant to the present Motion for Preliminary Approval of Class Action Settlement, in inserts in the Insert Publications of the above-listed newspapers on two separate Sundays (for Sunday editions) and in two separate weeklies (for weekly advertising publications), for a total of approximately 23 million inserts.

7. From my observation and experience of RCCI sales and store locations and my review of information from records maintained by RCCI in the ordinary course of business, I confirm that more than 85 percent (85%) of RCCI's total sales of cameras, lenses, digital memory products, imaging products and services are made within the circulation areas of the above-listed newspapers. I further confirm that more than 85 percent (85%) of RCCI's retail outlets where these products are sold are located within the circulation areas of the above-listed newspapers.

Executed under penalty of perjury under the laws of Maryland and the United States this 8th day of April, 2008.

_____
Curtis J. Scheel

# 5245806_v1