IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK THOMAS, individually and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>Defendant. | No. 08 C 453<br><br>Judge Guzman<br>Magistrate Judge Cole |

## RITZ CAMERA'S MOTION FOR LEAVE TO FILE SUPPLEMENT TO ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO TRANSFER

Ritz Camera Centers, Inc., by and through their attorneys, hereby moves this Court for leave to file supplemental exhibits to its Reply Brief in Support of Its Motion to Transfer. Ritz Camera Centers, Inc. hereby files the attached copies of settlement documents referred to in footnote one of Ritz Camera's reply brief. The documents relate to *Hile v. Ritz Camera Centers, Inc.*, C 07-00716 SBA, and *Andonian v. Ritz Camera Centers, Inc.*, C 07-06342 SBA, and were filed in the Northern District of California on April 21, 2008. Should leave to file this supplement be granted, Ritz Camera respectfully requests that its Notice of Filing, Docket Number 28 in the above captioned case, be stricken.

                                      DEFENDANT RITZ CAMERA CENTERS, INC.

                                      By:   /s/ Suzanne E. Rollier
                                                   One of Its Attorneys

Richard T. Williams
Charles E. Joern, Jr.
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on **April 25, 2008**, she caused the foregoing **Motion for Leave to File Supplement to Its Reply Brief** to be filed electronically and that service was accomplished pursuant to the CM/ECF for filing users and that non-participants were served as required by L.R. 5.5.

_/s/ Suzanne E. Rollier_

Richard T. Williams
Charles E. Joern
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

3