IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK THOMAS, individually and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> RITZ CAMERA CENTERS, INC., <br><br> Defendant. | NO. 08 C 453 <br><br> Judge Guzman <br> Magistrate Judge Cole |

## NOTICE OF MOTION

TO:   Keith J. Keogh
    Alexander H. Burke
    Law Offices of Keith J. Keogh, Ltd.
    227 W. Monroe Street, Suite 2000
    Chicago, IL 60606

**PLEASE TAKE NOTICE** that on **May 1, 2008, 9:30 a.m.**, counsel for Defendant Ritz Camera Centers, Inc., shall appear before the Honorable Ronald A. Guzman, in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60603, courtroom 1219, and then and there present Defendant's **Motion for Leave to Supplement Its Reply Brief in Support of Its Motion to Transfer.**

Respectfully submitted,

RITZ CAMERA CENTERS, INC.

By:  /s/ Suzanne E. Rollier
    Richard T. Williams
    Charles E. Joern
    Suzanne E. Rollier
    HOLLAND & KNIGHT LLP
    131 S. Dearborn St., 30th Flr.
    Chicago, Illinois 60603
    (312) 263-3600

## CERTIFICATE OF SERVICE

The undersigned certifies that on **April 25, 2008**, she caused the foregoing **Notice of Motion for Leave to Supplement Its Reply Brief in Support of Its Motion to Transfer** to be filed electronically and that service was accomplished pursuant to the CM/ECF for filing users and that non-participants were served as required by L.R. 5.5.

/s/ Suzanne E. Rollier

Richard T. Williams
Charles E. Joern, Jr.
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600