**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Mark Thomas
                              Plaintiff,

v.                                                         Case No.: 1:08−cv−00453
                                                        Honorable Ronald A. Guzman

Ritz Camera Centers, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman: Motion hearing held on 5/1/2008. Motion by Defendant Ritz Camera Centers, Inc. for leave to file Supplement to Its Reply Brief in Support of Its Motion to Transfer [29] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.