IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK THOMAS, individually and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> RITZ CAMERA CENTERS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) No. 08 C 453 ) ) ) Judge Guzman ) Magistrate Judge Cole ) ) ) ) ) |

## FED. R. CIV. P. 41 STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41 (a)(1), Plaintiff Mark Thomas and Defendant Ritz Camera Centers, Inc., jointly stipulate to the voluntary dismissal of plaintiff's claims and the action with prejudice, and each party shall bear its own costs and attorneys' fees. The putative class allegations shall be dismissed without prejudice, cost or notice.

Dated: May 21, 2008

Plaintiff
MARK THOMAS

By: /s/ Keith J. Keogh
Keith J. Keogh
THE LAW OFFICES OF KEITH J. KEOGH LTD
227 W. Monroe St., Ste. 2000
Chicago, Illinois 60606
312.726.1092 (telephone)
312.726.1093 (facsimile)
Keith@KeoghLaw.com

Defendant
RITZ CAMERA CENTERS, INC.

By: /s/ Suzanne E. Rollier
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Flr.
Chicago, Illinois 60603
312.263.3600 (telephone)
312.578.6666 (facsimile)
suzanne.rollier@hklaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on **June 3, 2008**, she caused the foregoing **Stipulation of Voluntary Dismissal with Prejudice** to be filed electronically and that service was accomplished pursuant to the CM/ECF for filing users and that non-participants were served as required by L.R. 5.5.

/s/ Suzanne E. Rollier

Richard T. Williams
Charles E. Joern
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600